OFFICERS OF THE
NATIONAL COMMISSION
NATIONAL CHAIR
ROBERT G. SUGARMAN
NATIONAL DIRECTOR
ABRAHAM H. FOXMAN
PAST NATIONAL CHAIRS
BARBARA B. BALSER
HOWARD P. BERKOWITZ
KENNETH J. BIALKIN
BURTON M. JOSEPH
BURTON S. LEVINSON
GLEN S. LEWY
MELVIN SALBERG
DAVID H. STRASSLER
GLEN A. TOBIAS
VICE CHAIRS
MEYER EISENBERG
JAMES GROSFELD
THOMAS C. HOMBURGER
CYNTHIA MARKS
RUTH MOSS
PAM SCHAFLER
JOSEPH SMUKLER
GEORGE STARK
GERALD STEMPLER
MYRON ZIMMERMAN
HONORARY VICE CHAIRS
RUDY BOSCHWITZ
EDGAR M. BRONFMAN
IRWIN HOCHBERG
GERI M. JOSEPH
MAX M. KAMPELMAN
BERNARD MARCUS
SAMUEL H. MILLER
MILTON MOLLEN
LESTER POLLACK
ROWLAND SCHAEFER
TREASURER
ROBERT H. NAFTALY
ASSISTANT TREASURER
MURRAY KOPPELMAN
SECRETARY
I. BARRY MEHLER
ASSISTANT SECRETARY
STANFORD BARATZ
STANDING COMMITTEE CHAIRS
ADMINISTRATION
CHARLES F. KRISER
AUDIT
ROBERT H. NAFTALY
BUDGET
LAWRENCE ROSENBLOOM
CIVIL RIGHTS
HOWARD W. GOLDSTEIN
DEVELOPMENT
BARRY CURTISS-LUSHER
EDUCATION
RICHARD D. BARTON
INFORMATION TECHNOLOGY
JOSEPH A. GOLDBLUM
INTERNATIONAL AFFAIRS
DAVID J. MILLSTONE
LEADERSHIP
PAMELA SCHWARTZ
LEGACY/FUNDING FOR THE FUTURE
CHRISTOPHER WOLF
MARKETING & COMMUNICATIONS
MICHAEL J. RUBINSTEIN
OUTREACH & INTERFAITH AFFAIRS
MARTIN L. BUDD
PLANNING
MARVIN D. NATHAN
REGIONAL OPERATIONS
LAWRENCE J. MILLER
WASHINGTON AFFAIRS
KENNETH M. JARIN
DEPUTY NATIONAL DIRECTOR
KENNETH JACOBSON
DIVISION DIRECTORS
CIVIL RIGHTS
DEBORAH M. LAUTER
DEVELOPMENT
CLIFFORD SCHECHTER
EDUCATION
DAVID S. WAREN
FINANCE AND ADMINISTRATION
MICHAEL A. KELLMAN
INFORMATION TECHNOLOGY
SAM MEMBERG
INTERNATIONAL AFFAIRS
MICHAEL A. SALBERG
LEADERSHIP
MARVIN S. RAPPAPORT
MARKETING & COMMUNICATIONS
HOWARD A. ZAR
REGIONAL OPERATIONS
ROBERT WOLFSON
WASHINGTON AFFAIRS
STACY BURDETT



Exhibit A
8:10 pm



July 17, 2012

POW. ZUNDELSITE
✗POW. ELI JAMES
POW. MUCHACHO

Hari Ravichandran
CEO
The Endurance International Group Inc.
70 Blanchard Road, 3rd Floor
Burlington, MA 01803

Dear Mr. Ravichandran:

In the course of the Anti-Defamation League's work combating hate and extremism, we study and analyze information about the abuse of digital communication media. Some of our recent work has involved investigating registration and hosting information for the most egregious hate-filled websites.

We write regarding our concern about your company enabling the spread of hate on the internet. The problem continues to grow and we are hoping that you will be responsive to our concerns and consider partnering with us to address this serious issue. Using website metrics and reviewing on-line rhetoric, we have identified the primary 300 websites responsible for promoting hate and intolerance. We utilized the WHOIS database and other public domain information to identify hosting and registration details of the offending websites.

Our analysis of these complaints indicates that The Endurance International Group Inc. hosts multiple websites (www.anglo-saxonisrael.com/site/, www.volksfront-medien.org, www.zundelsite.org). Upon reviewing your company's Terms of Service (http://www.enduranceinternational.com/legal/legal_aup.bml) we have discovered that your stated policy, *"Users may not: Utilize the Services to publish or disseminate information that (A) constitutes slander, libel or defamation...threaten persons with bodily harm, to make harassing or abusive statements or messages,"* prohibits the content which appears on the websites hosted by your service.

We are in the process of preparing and publishing a public report on hate sites that are hosted in the United States. Our current analysis indicates that The Endurance International Group Inc. is hosting several of the hate sites in this country. We wanted to bring these websites to your attention in advance of the report's publication so that you can review the sites in relation to your stated policies. If we have misinterpreted

your Terms of Service, or if you have concluded that the content on these sites is not a violation of those Terms, please let us know.

ADL has been a leader in the fight against hate and extremism for almost a century. The spread of hate on the internet is a priority concern and we have been working closely with other internet companies, including Google and Facebook, to explore strategies to combat hate while still protecting free speech principles and avoiding legal regulation. As a reputable company in the Internet industry, we urge you to enforce your published policies and abide by a high standard of corporate responsibility.

The ADL welcomes the opportunity to work with you on developing programs for the online industry that will foster better Internet citizenship and a safer user environment.

We look forward to hearing from you.

Sincerely,

Deborah M. Lauter
Director, Civil Rights

Robert Trestan
Project Director, Cyberhate Response