UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| DARRELL McCLANAHAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:25-cv-05025-MDH |
| ) | |
| DONALD J. TRUMP, et al., ) | |
| ) | |
| Defendants. ) | |

**MOTION TO EXTEND DEADLINE TO HOLD RULE 26(f) CONFERENCE**

The United States—on behalf of the United States Department of Justice, the United States Department of Education, and Donald J. Trump, in his official capacity as President of the United States—respectfully requests that the Court exercise its inherent power to stay the Rule 26(f) Conference in this action pending the final resolution of its motion to dismiss. In support of this motion, Defendants state:

**Supporting Suggestions**

1. On April 9, 2025, Plaintiff Darrell McClanahan filed a Complaint, ECF No. 5, alleging claims against Defendants.

2. On June 25, 2025, the Court Ordered the parties to conduct a Rule 26(f) Conference on or before July 25, 2025.

3. On July 7, 2025, Defendants filed their motion to dismiss for lack of subject matter jurisdiction and failure to state a claim, ECF No. 41. The United States' motion to dismiss is currently pending and is meritorious. The United States therefore requests a stay of the Rule 26(f) Conference until such a time as the Court rules on the motion to dismiss.

Respectfully submitted,

Jeffrey P. Ray
Acting United States Attorney

By: */s/ Wyatt R. Nelson*
Wyatt R. Nelson
Assistant United States Attorney
Missouri Bar No. 72944
901 St. Louis Street, Suite 500
Springfield, MO 65806
Telephone: (417) 831-4406
Facsimile: (417) 831-0078
ATTORNEY FOR DEFENDANT
UNITED STATES OF AMERICA
Wyatt.Nelson@usdoj.gov

### CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of July 2025, a true and correct copy of the foregoing document was filed with the Court using the Court's CM/ECF system and was mailed to Pro Se Plaintiff via certified mail to the address listed below.

Darrell Leon McClanahan, III
24346 S. 2425 Road
Milo, Missouri, 64767
Pro Se

*/s/ Wyatt R. Nelson*
_____
Wyatt R. Nelson
Assistant United States Attorney